RICHARD BISHOP, as Administrator, etc., Respondent, *v.* HELEN E. HENDRICK, Appellant.

(Argued November 29, 1892 ; decided December 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 28, 1891, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Louis Hasbrouck* and *Daniel Magone* for appellant.

*John C. Keeler* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.